IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RICK BREWER,

        Plaintiff,                      Civil No. 06-717-MA

       vs.                             ORDER OF DISMISSAL

JO ANNE BARNHART,

        Defendant.

    Based on the stipulated motion (#15) to dismiss,

    IT IS ORDERED that, pursuant to Local Rule 41.1, this action is dismissed with prejudice and without costs.

    DATED this <u>26</u> day of January, 2007.

                                              /s/ Malcolm F. Marsh
                                              Malcolm F. Marsh
                                              United States District Judge

1 - ORDER OF DISMISSAL